**Electronically Filed
Supreme Court
SCWC-24-0000713
25-MAR-2026
03:51 PM
Dkt. 9 ODAC**

SCWC-24-0000713

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

HOKUOKALANI PATOC,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000713; CASE NO. 1CPC-23-0000238)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza JJ.,
Circuit Judge Medeiros in place of Devens, J., recused,
and Circuit Judge Costa, assigned by reason of vacancy)

The application for writ of certiorari filed on

February 24, 2026, by Petitioner/Defendant-Appellant Hokuokalani

Patoc, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 25, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Dyan M. Medeiros

/s/ Brian A. Costa

